JS-6

FILED
CLERK, U.S. DISTRICT COURT

7/10/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK URIBE,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>WARDEN,<br><br>　　　　Respondent. | Case No. CV 15-4571 MWF(JC)<br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing Action without Prejudice, this action is dismissed without prejudice for lack of jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

DATED:    July 10, 2015

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE